E-FILED

Tuesday, 01 February, 2005  04:42:59 PM

Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**STEVE D. DUBY**

vs.                                                                Case Number:    **04-2134**

**POLYGAL USA**

▭ **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Bankruptcy Court's Order of Default Judgment against Steven D. Duby is affirmed. Accordingly, costs for this appeal will be taxed against Duby pursuant to the direction of Rule 8014.

ENTER this 1st day of February, 2005

s/John M. Waters
JOHN M. WATERS, CLERK

s/V. Ball
BY: DEPUTY CLERK